In re Estate of Melbert W. Lorch.
Equitable Life Assurance Society of the United States, appellant,
v. Harry S. Lorch, appellee. Gen. No. 38,487.

Opinion filed May 26, 1936.
Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham
and Miles G. Seeley, of counsel. Blech & Herson and Reuben Freed-
man, for appellee.
Mr. Justice John J. Sullivan delivered the opinion of the court.

In re Estate of Melbert W. Lorch.
New England Mutual Life Insurance Company, appellant, v. Harry
S. Lorch, appellee. Gen. No. 38,488.

Opinion filed
May 26, 1936. Rehearing denied June 12, 1936.
Judah, Reichmann, Trumbull, Cox & Stern, for appellant. Blech &
Herson and Reuben Freedman, for appellee.
Mr. Justice John J. Sullivan delivered the opinion of the court.

## SECOND DISTRICT.

In re Last Will and Testament of James Larkins, deceased.
City Trust and Savings Bank, as executor of the last will and testa-
ment of James Larkins, deceased, appellant, v. Nolia Eyrich et al.,
appellees. Gen. No. 8,972.

Opinion filed April 13, 1936.
A. L. & C. M. Granger, for appellant. H. H. Whittemore, for
appellees.
Mr. Presiding Justice Huffman delivered the opinion of the court.